

## III.

### CONCLUSION

For the reasons explained above, the district court's award of attorney's fees is, in all respects,

AFFIRMED.

**Jerry Lee SMITH, Petitioner–Appellee,**

v.

**UNITED STATES of America, Respondent–Appellant.**

No. 99–3340.

United States Court of Appeals, Sixth Circuit.

July 30, 2001.

### ORDER

A majority of the Judges of the Court having voted to remove this case from the en banc calendar and return it to the panel to which it was originally submitted for reinstatement of its original decision,

It is so ORDERED.

**Jerry Lee SMITH, Petitioner–Appellee,**

v.

**UNITED STATES of America, Respondent–Appellant.**

No. 99–3340.

United States Court of Appeals, Sixth Circuit.

Submitted July 30, 2001.

Decided and Filed Aug. 15, 2001.